UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMOZO TEXTILE, LLC<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHAOXING MINGHONG CO., LTD. et al.<br><br>　　　　Defendants. | Case No. 2:22-cv-06623-SB-JC<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

　　　　In September 2022, the Court authorized the issuance of process of maritime attachment and garnishment under Supplemental Rule B of the Federal Rules of Civil Procedure in this case.  Dkt. Nos. 13, 16.  The United States Marshals Service filed a receipt indicating that they served a process of attachment and garnishment on garnishee Solex Logistics, Inc. on October 20, 2022.  Dkt. No. 18.  Plaintiff filed proof it served garnishee on September 27, 2022.  Dkt. No. 17.  Pursuant to Supplemental Rule B, a garnishee has 21 days to answer a complaint after service and a defendant shall answer within 30 days after attachment or service on a garnishee.  Fed. R. Civ. P. Supp. R. B(3).  That time has elapsed, no responsive pleading has been filed, and Plaintiff has not sought entry of default or default judgment.  Plaintiff is ordered to show cause, in writing, no later than December 5, 2022, why this action should not be dismissed for lack of prosecution.  The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.

　　　　Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order.  Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED

Date: November 21, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge