JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMOZO TEXTILE, LLC,<br><br>　　　Plaintiff,<br><br>　v.<br><br>SHAOXING MINGHONG CO., LTD. et al.,<br><br>　　　Defendants. | Case No. 2:22-cv-06623-SB-JC<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

　　　The Court discharged a previously issued order to show cause why this action should not be dismissed for lack of prosecution because it appeared that Plaintiff intended to amend its complaint and continue to prosecute this action. Dkt. No. 24. In its order discharging the order to show cause, the Court ordered Plaintiff "to file its motion for default judgment, if Defendant fails to appear or respond, by no later than January 27, 2022." *Id*. Plaintiff did not amend its claims, Defendant failed to appear or respond, and Plaintiff has not filed a motion for default judgment. In its previous order, the Court stated that failure to file a motion for default judgment "will result in the dismissal without prejudice of the action in its entirety." *Id*. In light of Plaintiff's failure to prosecute this action, the case is hereby dismissed without prejudice.

IT IS SO ORDERED.

Date: January 31, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge